UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| WESTFIELD INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) NO. 2:10-cv-00193-JMS-WGH |
| | ) |
| ASSOCIATES OF TRIANGLE, INC., | ) |
| TERRE HAUTE AFFORDABLE HOUSING | ) |
| ASSOCIATES, LP 1992, | ) |
| MEDALLION PROPERTIES, INC., | ) |
| JONNIE A. GRITTNER, | ) |
| | ) |
| Defendants. | ) |

**ENTRY FOR JANUARY 13, 2011**

**JANE MAGNUS-STINSON, JUDGE**

The court has been advised by counsel that a resolution has been

reached in this action. Therefore, all pending motions, if any, are

now **DENIED AS MOOT** and all previously ordered dates relating to discovery,

filings, schedules, conferences and trial, if any, are **VACATED**.[1]

**IT IS ORDERED** that within forty-five (45) days of this date, counsel for

the plaintiff(s) shall file a motion to dismiss this cause or a stipulation of

dismissal and submit an order for the court's signature ordering the dismissal

of this action (in conformance with the agreement of the parties).  Failure to

comply with this order will result in dismissal with prejudice pursuant to Rule

41(b) of the Federal Rules of Civil Procedure for failure to prosecute this action

in a timely manner.  Additional time to complete the execution of the

settlement document(s) may be granted if requested in writing prior to the

expiration of this period of time.


Copies:

William W. Drummy
WILKINSON GOELLER MODESITT WILKINSON & DRUMMY
wwdrummy@wilkinsonlaw.com

Christopher B. Gambill
WAGNER CRAWFORD GAMBILL & TROUT
cgambill@wagnerlawfirm.biz

Mark R. Smith
SMITH FISHER MAAS & HOWARD, P.C.
msmith@smithfisher.com

Phillip Charles Smith
ATTORNEY AT LAW
phillip.smith@wabashvalleylawyer.com


---

1 The parties are notified that any exhibits, depositions, diagrams, or other evidentiary documents previously filed with the court are now released to the parties who filed the same.  If such items are not retrieved by the parties from the clerk within thirty (30) days from the dismissal of this cause, the items will be disposed of pursuant to the local rules of this court.  S.D. Ind. L.R. 79.1.