UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| WESTFIELD INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO.: 2:10-cv-0193-JMS-WGH |
| v. | ) |
| | ) |
| ASSOCIATES OF TRIANGLE, INC. | ) |
| d/b/a TRIANGLE ASSOCIATES; | ) |
| TERRE HAUTE AFFORDABLE | ) |
| HOUSING ASSOCIATES, LP 1992 | ) |
| d/b/a HARRISON APARTMENTS; | ) |
| MEDALLION PROPERTIES, INC.; and | ) |
| JONNIE A. GRITTNER, | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL, WITH PREJUDICE

The parties, by their respective counsel, having filed their "Stipulated Dismissal, With Prejudice".

AND the Court having examined said stipulation and being otherwise duly advised in the premises, NOW ORDERS, ADJUDGES AND DECREES that this cause of action is hereby dismissed, with prejudice, costs having been paid, and with each party to bear their own attorney's fees and expenses.

Dated:_____

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

Copies to:

Christopher B. Gambill at cgambill@wagnerlawfirm.biz

William W. Drummy at wwdrummy@wilkinsonlaw.com

Phillip C. Smith at phillipsmith@wabashvalleylawyer.com

Mark R. Smith at msmith@smithfisher.com

Q:\WES-831\Order Dis WES-831.doc